UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RODGER A. GRIFFIN,<br><br>            Petitioner,<br><br>  vs.<br><br>STATE OF WASHINGTON,<br><br>            Respondent. | NO.  CV-05-192-EFS<br><br>ORDER DISMISSING PETITION |

    By Order filed August 1, 2005, the court directed Petitioner, a prisoner currently housed at the Montana State Penitentiary in Deer Lodge, Montana, to amend his petition. Specifically, the court noted it appeared Plaintiff's guilty plea had waived his claim to a speedy trial. *Cf. United States v. Bohn*, 956 F.2d 208, 209 (9th Cir. 1992) (holding that a defendant's unconditional guilty plea waives his right to a speedy trial under the Speedy Trial Act); *see also New York v. Hill*, 528 U.S. 110 (2000) (holding that a defendant can waive his right to a speedy trial under the IAD). In addition, Petitioner failed to demonstrate he had exhausted his claims to the State's highest court. 28 U.S.C. § 2254(b)(1). *Rose v. Lundy,* 455 U.S. 509, 518-20 (1982).

    Although granted the opportunity to do so, Plaintiff failed to amend his petition to state a viable habeas claim against a proper

ORDER DISMISSING PETITION -- 1

party Respondent. Accordingly, for the reasons set forth above and in the Order to Amend Petition (Ct. Rec. 8), **IT IS ORDERED** the Petition (Ct. Rec. 6) is **DISMISSED** without prejudice for failure to exhaust state court remedies.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment, and forward a copy to Petitioner at his last known address.

**DATED** this ___19th___ day of October 2005.


                S/ Edward F. Shea
                  EDWARD F. SHEA
           UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PETITION -- 2